CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>SPORTS ARENA HOTEL VENTURE, L.P., a California Limited Partnership; and Does 1-10,<br><br>    Defendants, | Case: 3:21-cv-00088-WQH-LL<br><br>**NOTICE OF DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(2)** |

## **NOTICE**

Pursuant to F.R.CIV.P.41 (a)(2), PLEASE TAKE NOTICE THAT the plaintiff hereby voluntarily dismisses the entire case, with prejudice.

Dated: March 30, 2021          CENTER FOR DISABILITY ACCESS

                              By: s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorneys for Plaintiff